[No. 31198-1-I.    Division One.    January 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN E. SHADDOX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05322-3, William L. Downing, J., entered August 6, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker, A.C.J., and Becker, J.

[No. 32277-0-I.    Division One.    January 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY CHEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04432-0, Ricardo S. Martinez, J., entered February 12, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse, J., and Scholfield, J. Pro Tem.

[No. 33489-1-I.    Division One.    January 23, 1995.]

ABSHER CONSTRUCTION CO., ET AL, *Appellants*, v. KENT SCHOOL DISTRICT NO. 415, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-11632-2, Robert S. Lasnik, J., entered August 11, 1993. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Kennedy, JJ. Now published at 77 Wn. App. 137.